AEON REALTY COMPANY v. HENRY ERLICH.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULIA SOJKA and Another, as Administratrix, etc., v. METROPOLITAN LIFE INSURANCE COMPANY.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

800 WEST END AVENUE, INC., v. MINNIE LUBIN, etc.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX FRANKEL, Trading, etc., v. NEW YORK UNDERWRITERS INSURANCE COMPANY OF NEW YORK.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SHIRE REALTY CORPORATION v. TWELVE TWENTY FOUR BROADWAY CORPORATION.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS M. FICHTER v. WASHINGTON MARKET GARAGE, INC., and Another, Impleaded, etc. ABRAHAM G. MEYER, Receiver.— Motion denied and stays vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PHILIP ILSLEY v. FRANK J. STOLTZ and Another.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

D. W. MAY, INC., v. SPRAGUE SPECIALTIES COMPANY.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE WESTON, as Treasurer, etc., v. HYMAN D. BAKER.— Motion denied and injunction vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LUELLA B. OLDRIDGE v. ALFRED N. OLDRIDGE.— Motion for consolidation of appeals and for extension of time granted; time to serve and file record extended until ten days after service of order with notice of entry. Plaintiff's cross-motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley, and Townley, JJ.

WILLIAM FELLOWES MORGAN, SR., v. R. F. DOWNING & CO., INC. EMMA L. MORGAN v. R. F. DOWNING & CO., INC.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES BORGOS v. GEORGE J. PRICE, Impleaded, etc.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES BORGOS v. GEORGE J. PRICE, Impleaded with WALTER WACKE.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX MELTZER v. HAUSMAN & WIMMER COMPANY, etc.— Motion for extension of time granted so far as to extend defendant's time to serve papers on appeal until determination of defendant's motion to reopen application at Special Term. Motion for a stay denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IDA CROSBY, Incompetent, v. FRED H. CROSBY, Committee.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES SHAFTAN v. LILLIAN M. SHAFTAN.— Motion denied, with ten dollars

costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.